In the Matter of the Claim of DeWitt T. Purdue, Respondent.   Frieda S. Miller, as Industrial Commissioner, Appellant.— Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of George Frost, Jr., et al., as Executors of John R. Frost, Sr., Deceased, Respondents.   Essie L. Frost, Appellant.— Decree directed accordingly.   All concur.   [See *ante*, p. 64.]

The People of the State of New York, Respondent, v. Thew J. Ice, Appellant.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of Milton Apfel et al.   The Unity Life and Accident Insurance Association, Appellant; Frieda S. Miller, as Industrial Commissioner, Respondent.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

Edmond Frisch, Respondent, v. Leah Perle et al., Doing Business under the Name of Metropolitan Loan Co., Appellants.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.